MATTHEW G. BALL (SBN 208881)
matthew.ball@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorney for Plaintiff World Wrestling Entertainment, Inc.

**FILED**
MAR 18 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SEALED BY COURT ORDER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN AND JANE DOES 1-100, and XYZ CORPORATIONS 1-100, <br><br> Defendants. | Case No. CV 15 1263 VC <br><br> **MOTION TO SEAL PURSUANT TO 15 U.S.C. § 1116(d)** |

Pursuant to 15 U.S.C. § 1116(d) and Rule 79-5 of the Local Rules for the District Court for the Northern District of California, Plaintiff World Wrestling Entertainment, Inc. ("WWE"), by and through its undersigned attorneys, hereby files this Motion to Seal seeking an Order from the Court directing the Clerk to temporarily seal the file, including the docket sheet, of this Action pending execution by the United States Marshal or other authorized persons of the Seizure Order requested by WWE in this case. The grounds for this motion are set forth more fully below and a proposed order is attached.

1. As described more fully in WWE's Verified Complaint, <u>Ex Parte</u> Motion for Temporary Restraining Order, Order for Seizure of Counterfeit Marked Goods and Order to Show Cause, and Memorandum of Law in support thereof, each of which is hereby incorporated by reference, WWE is the exclusive owner of numerous registered and unregistered trademarks and service marks (collectively the "WWE Marks") which it has consistently and exclusively used in connection with the offering of its wrestling entertainment events to the public.

2. As a result of WWE's extensive advertisement and promotion of its wrestling entertainment services and related goods under the WWE Marks, the WWE Marks have become well known to the public as identifying WWE and its quality offerings of services and related merchandise.

3. Defendants are wrongfully profiting from the goodwill and reputation of the WWE Marks by manufacturing and selling merchandise marked with counterfeits of the WWE Marks and/or with marks which infringe the WWE Marks.

4. WWE has therefore brought this action for federal trademark infringement, unfair competition, false designation of origin, and trafficking in counterfeit marked goods arising under the Federal Trademark Act of 1946, 15 U.S.C. § 1051 <u>et seq.</u> (the "Lanham Act"), including the Trademark Counterfeiting Act of 1984, 15 U.S.C. § 1116(d).

5.   WWE seeks an ex parte temporary restraining order, an order for seizure of goods bearing counterfeit marks and an order to show cause why a preliminary injunction should not issue.

6.   The Trademark Counterfeiting Act of 1984, 15 U.S.C. § 1116(d), requires temporary sealing of the file (1) to protect Defendants from publicity before they have an opportunity to respond and (2) to prevent Defendants from learning of the existence of this Action or any Seizure Order prior to its execution.

7.   The Act specifically directs the Court to seal the Order and the supporting documents until such time as the Order can be contested. In particular, 15 U.S.C. § 1116(d)(8) states: "An order under this subsection, together with the supporting documents, shall be sealed until the person against whom the order is directed has an opportunity to contest such order, except that any person against whom such order is directed shall have access to such order and supporting documents after the seizure has been carried out."

8.   The Act also directs the Court to take the necessary measures to prevent any publicity of the Order against the Defendants. In particular, 15 U.S.C. § 1116(d)(6) states "[t]he court shall take appropriate action to protect the person against whom an order under this subsection is directed from publicity, by or at the behest of the plaintiff, about such order and any seizure under such order."

9.   It is necessary that the Court file be sealed during the interval between filing of this Action and execution of any Seizure Order that may issue because otherwise Defendants may learn of the relief being sought and conceal or relocate their goods or sell them at locations outside those specified in the Seizure Order.

10.  It is necessary that the docketing statement for this action be sealed temporarily because otherwise Defendants may learn that WWE has applied for ex parte relief and may conceal or relocate their goods or sell them at locations outside those specified in the Seizure Order.

11. No person will be prejudiced by entry of an Order temporarily sealing the file and docketing statement for the purposes described above. The file and docketing statement are to be sealed only temporarily, until such time as the Defendants have an opportunity to respond to the Seizure Order.

12. WWE's request for an Order sealing the docket is justified to prevent Defendants from learning of the Seizure Order, and allowing them to avoid execution of the Order. This would allow them to move their unauthorized goods and allow them to continue to pass off their counterfeit marked merchandise as genuine WWE merchandise in other locations, thereby causing confusion, deception, and mistake of the public.

13. Thus, granting this relief is necessary to prevent irreparable harm to WWE and its marks and is in the public interest. Granting the Order sealing the docket will also protect the Defendants from any unwarranted publicity.

Dated: March 17, 2015               Respectfully submitted,

_____
Matthew G. Ball (SBN 20881)
Matthew.Ball@klgates.com
**K&L GATES LLP**
4 Embarcadero Ctr., Suite 1200
San Francisco, CA 94111
Telephone:    (415) 882-8200
Facsimile:    (415) 882-8220

Jerry S. McDevitt (*pro hac vice* motion to be filed)
Curtis B. Krasik (*pro hac vice* motion to be filed)
Christopher M. Verdini (*pro hac vice* motion to be filed)
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501
*Attorneys for Plaintiff*