MATTHEW G. BALL (SBN 208881)
matthew.ball@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorney for Plaintiff World Wrestling Entertainment, Inc.

RECEIVED
MAR 18 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEALED BY COURT ORDER

CV 15 1263 VC

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN AND JANE DOES 1-100, and XYZ CORPORATIONS 1-100, <br><br> Defendants. | Case No. _____ <br><br> **PROPOSED ORDER TO SEAL FILE AND DOCKET SHEET PURSUANT TO 15 U.S.C. § 1116(d)** |

---

**PROPOSED ORDER TO SEAL FILE AND DOCKET SHEET PURSUANT TO 15 U.S.C. § 1116(d)**

Upon consideration of Plaintiff World Wrestling Entertainment, Inc.'s Motion to Seal Pursuant to 15 U.S.C. § 1116(d) dated March [ ], 2015, and the Verified Complaint dated March [ ], 2015, and good cause having been shown, it is hereby:

ORDERED, that the Clerk of this Court shall seal the file of this action, including any docketing statement of the action, pursuant to 15 U.S.C. § 1116(d), until a hearing has been held on the Seizure Order; and

IT IS FURTHER ORDERED, that the Clerk of this Court shall permit any person who has demonstrated that he is a party or an attorney for a party to this Action to be permitted access to the file of this Action as provided by 15 U.S.C. § 1116(d)(8); and

IT IS FURTHER ORDERED, that no person accessing the file of this Action shall communicate the existence of this Action or its substance to any other person except an attorney representing that person.

This Order shall expire at the time a hearing is held on the Seizure Order pursuant to 15 U.S.C. § 1116(d)(10)(A).

Dated: March __, 2015

_____
United States District Judge

---

1
**PROPOSED ORDER TO SEAL FILE AND DOCKET SHEET PURSUANT TO 15 U.S.C. § 1116(d)**