

1   MATTHEW G. BALL (SBN 208881)
    matthew.ball@klgates.com
2   K&L GATES LLP
    4 Embarcadero Center, Suite 1200
3   San Francisco, CA  94111
    Telephone: 415.882.8200
4   Facsimile: 415.882.8220

5   Attorney for Plaintiff World Wrestling
    Entertainment, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  WORLD WRESTLING                    Case No. 15-1263
    ENTERTAINMENT, INC.,
11                                     **SUPPLEMENTAL DECLARATION OF**
                 Plaintiff,            **LAUREN DIENES-MIDDLEN, ESQ.**
12

13           vs.

14  DOMINIC ANGEL RODRIGUEZ, VU
    TRUONG TRAN, BENJAMIN ADHAM
15  PECHETTI, IBRAHAM NIMER SHIHEIBER,
    JOHN AND JANE DOES 1-100,
16  and XYZ CORPORATIONS 1-100,

17               Defendants.

18

19

20

21

22

23

24

25

26

27

28

---

**SUPPLEMENTAL DECLARATION OF LAUREN DIENES-MIDDLEN, ESQ.**

I, Lauren Dienes-Middlen, state that:

1.    I am Vice President, Intellectual Property and Legal Affairs of Plaintiff World Wrestling Entertainment, Inc. ("WWE") located at 1241 East Main Street, Stamford, Connecticut 06902. I make this declaration to update my March 16, 2015 declaration with information gathered during WWE's Wrestlemania® 31 Weekend Events from March 26, 2015 through March 30, 2015.

2.    I certify that I have personal first-hand knowledge about the matters discussed below unless otherwise indicated and am competent to testify about them if called upon to do so.

3.    I was in San Jose and Santa Clara, California, from March 24, 2015 through March 31, 2015 for WWE's Wrestlemania® 31 Weekend Events. I worked with the law enforcement who enforced this Court's March 24, 2015 Temporary Restraining Order; Order for Seizure of Counterfeit Marked Goods; and Order to Show Cause Why a Preliminary Injunction Should Not Issue.

4.    Following the issuance of the Court's Order, WWE engaged the Department of Homeland Security ("DHS") to enforce the Court's Order at WWE's Wrestlemania® 31 Weekend Events.

5.    To ensure that all merchandise seized under the Court's Order was properly designated and attributed to the specific counterfeiter who was served, I instructed DHS to complete a "Venue Enforcement Report." A "Venue Enforcement Report" is a form that WWE created to collect the following information about the seizure and the individual from whom the merchandise was seized: (1) Date of the Event; (2) Event Venue; (3) Name of Defendant Served; (4) Address of Defendant Served; (5) Time Defendant Served; (6) Type of Merchandise Seized; (7) Quantity of Merchandise Seized; (8) Approximate Height of Defendant; (9) Approximate Weight of Defendant; (10) Ethnicity of Defendant; and (11) Law Enforcement Involved.

6.    For each of the Defendants served during WWE's Wrestlemania® 31 Weekend Events, DHS team completed a "Venue Enforcement Report." Attached hereto as Exhibit 1 are true and correct copies of the "Venue Enforcement Reports" completed by WWE's enforcement team for the Defendants served.

SUPPLEMENTAL DECLARATION OF LAUREN DIENES-MIDDLEN, ESQ.

7.    Attached hereto as Exhibit 2 is a PowerPoint presentation that I created after the Wrestlemania® 31 Weekend Events.  The presentation illustrates the counterfeit merchandise that WWE seized during the Wrestlemania® 31 Weekend Events pursuant to this Court's Order.  In addition, the first thirteen slides of the PowerPoint presentation shows WWE counterfeit merchandise that DHS seized as part of a separate raid.  As a result of the raid, DHS seized approximately $3800 of WWE counterfeit merchandise.

8.    My observations during the Wrestlemania® 31 Weekend Events were consistent with my experiences at previous Wrestlemania® Weekend Events in that the bootleggers were selling the counterfeit merchandise in front of the venues where the Wrestlemania® 31 Weekend Events were being held, in the surrounding streets and in parking areas near the Wrestlemania® 31 Weekend Events and areas between the parking locations and the event venues.

9.    As shown in Exhibit 2, there was a very strong law enforcement presence at the Wrestlemania® 31 event in Santa Clara that has not been present during the past Wrestlemania® Weekend Events that I have attended.  Based on my prior experiences, I believe that the strong law enforcement presence discouraged bootleggers from selling counterfeit merchandise at Wrestlemania® 31.

10.    However, in light of my prior experiences at Wrestlemania® Weekend Events, WWE's prior experiences and the bootlegging across the country that WWE encountered in the weeks and months prior to Wrestlemania, WWE expects that the bootleggers will return in full force as there will not be anywhere near the same police presence as there was at the Wrestlemania® 31 event in Santa Clara.

11.    In addition, based on my firsthand experience at the Wrestlemania® Weekend Events this year as well as prior years as described in my March 16, 2015 Declaration, the counterfeiters at WWE live events are part of one or more nationwide counterfeiting rings wherein large volumes of counterfeit merchandise is created in advance of WWE's pay-per-view events, just like the counterfeit merchandise that WWE seized during the Wrestlemania® 31 Weekend Events as well as counterfeit t-shirts.  After the pay-per-view event has ended, the counterfeiters will travel to

SUPPLEMENTAL DECLARATION OF LAUREN DIENES-MIDDLEN, ESQ.

1   upcoming WWE live events in other parts of the United States with the remaining counterfeit

2   merchandise, setup at these live events and continue to sell the counterfeit merchandise.  They will

3   also continue to produce and sell new WWE-branded counterfeit merchandise.

4

5        I declare under penalty of perjury that the foregoing is true and correct.

6

7   Executed this 6 day of April, 2015 in Stamford, Connecticut.

8

9

10  Lauren Dienes-Middlen
    Vice President, Legal and Intellectual Property
11  Business and Legal Affairs
    World Wrestling Entertainment, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

3

SUPPLEMENTAL DECLARATION OF LAUREN DIENES-MIDDLEN, ESQ.

# EXHIBIT 1

# EXHIBIT 1

## VENUE ENFORCEMENT REPORT

Date of Event: _____ 3-28-15 _____

Event Venue: _____ SAP CENTER _____

Name of Defendant Served: Benjamin Adham Pechetti

Address of Defendant Served:

_____ 1284 ODDSTAD DRIVE _____

_____ Redwood City, CA  94063 _____

Time Defendant Served: _____ 1520 hrs _____

Type of Merchandise Seized: Cardboard Photo's

Quantity of Merchandise Seized: _____ 18 _____

Approx. Height of Defendant: _____ 6'1 _____

Approx. Weight of Defendant: _____ 220 _____

Ethnicity of Defendant: _____ W/m _____

Law enforcement involvement: Homeland Security Investigation (HSI)

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  15-cv-01263-VC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Benjamin Adham Pechutti

was received by me on *(date)*  3-28-15

☒ I personally served the summons on the individual at *(place)* SAP CENTER on

autumn St.    on *(date)* 3-28-15   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  3-28-15

*Server's signature*

Todd Schoenberger
*Printed name and title*

200 S. First St., Ste 170
San Jose, CA 95113
*Server's address*

Additional information regarding attempted service, etc:

## VENUE ENFORCEMENT REPORT

Date of Event: __3/21/2015__

Event Venue: __Levi's Stadium__

Name of Defendant Served: __Ibraham Nimer Shiheiber__

Address of Defendant Served:

__847 Skyline__

__Daily City, CA   94132__

Time Defendant Served: __13:40__

Type of Merchandise Seized: __Flags / Towels__

Quantity of Merchandise Seized: __62__

Approx. Height of Defendant: __5'7"__

Approx. Weight of Defendant: __160 lbs.__

Ethnicity of Defendant: __W__

Law enforcement involvement: __HSI   Seizure__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-01263-VC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ibrahim Nimer Shiheiber

was received by me on *(date)* 3/28/2015

☒ I personally served the summons on the individual at *(place)* Levi's Stadium,
Green Lot 1 ( 4949 Marie De Bartolo Way ) on *(date)* 3/29/2015 ; or
Santa Clara, CA 95050

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: 3/29/15

_____
*Server's signature*

Todd Schoenberger
*Printed name and title*

280 S. First St.
Suite 190
San Jose, CA 95113
*Server's address*

Additional information regarding attempted service, etc:

## VENUE ENFORCEMENT REPORT

Date of Event: _3-28-15_

Event Venue: _SAP CENTER_

Name of Defendant Served: _Dominic Angel Rodriguez_

Address of Defendant Served:

_3015 E. Bayshore Rd., Spc. 202_

_Redwood City, CA 94063_

Time Defendant Served: _8:20 pm_

Type of Merchandise Seized: _"Fat Heads"_

Quantity of Merchandise Seized: _2_

Approx. Height of Defendant: _5'7"_

Approx. Weight of Defendant: _176 lbs_

Ethnicity of Defendant: _W_

Law enforcement involvement: _HSI Seizure_

PI-2136650 v1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-01263-VC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dominic Angel Rodriguez

was received by me on *(date)* 3/28/15 .

☒ I personally served the summons on the individual at *(place)* SAP Center on Autumn St.

on *(date)* 3/28/ 15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/28/15

*Server's signature*

Todd Schoenberger
*Printed name and title*

280 S. First St., Ste 120
San Jose, CA 95113
*Server's address*

Additional information regarding attempted service, etc:

## VENUE ENFORCEMENT REPORT

Date of Event: _3/28/15_

Event Venue: _S/P center_

Name of Defendant Served: _Vu Truong Tran_

Address of Defendant Served:

_80 Glenn Way APT B_

_San Carlos, CA 94070_

Time Defendant Served: _3:20 pm_

Type of Merchandise Seized: _"Fat Heads"_

Quantity of Merchandise Seized: _2 ea_

Approx. Height of Defendant: _5'5"_

Approx. Weight of Defendant: _135 lbs_

Ethnicity of Defendant: _A_

Law enforcement involvement: _HSI Seizure_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  15-cv-01263-VC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Vu Truong Tran

was received by me on *(date)*  3|28|15 .

☒ I personally served the summons on the individual at *(place)*  SAP Center on Autumn

                                             on *(date)*  3|28|15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                            , a person of suitable age and discretion who resides there,

on *(date)*              , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                  , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                      on *(date)*          ; or

☐ I returned the summons unexecuted because                       ; or

☐ Other *(specify):*

My fees are $          for travel and $          for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  3|28|15

                                             *Server's signature*

                        Todd Schoenburg

                                         *Printed name and title*

                        280 S. First St., Ste 190

                        San Jose, CA 95113

                                         *Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT 2

# EXHIBIT 2

In February 2015, WWE was contacted by the Department of Homeland Security, San Jose office regarding a store in the a mall in San Jose, CA. The owner of this store was selling a volume of merchandise that DHS believed to be counterfeit, including NFL, MLB, NBA and WWE product. The owner of this store was also working with a third party wrestling promotion that follows WWE shows to sell product nearby. WWE worked with DHS to identify which items were indeed WWE counterfeit product, including the use of our intellectual property on their actual business cards:



On Wednesday, March 25th, DHS raided Milo's Collectibles in San Jose, CA (this action was not under WWE's TRO, but rather pursuant to a search warrant obtained by DHS - lots of WWE intellectual property present):





**DHS seized more than 60 counterfeit WWE shirts containing the following six designs (selling for $25 each / 2 for $40):**







#4



#3



#6



#5

**DHS also seized more than 15 counterfeit WWE plaques (worth approx. $150 each):**





**Additional counterfeit WWE plaques seized:**



**Additional counterfeit WWE plaques seized:**





**Counterfeit WWE nameplates seized:**





The owner of the store admitted to making unauthorized copies of WWE copyrighted photos:



**DHS ended up seizing approximately $3800 worth of counterfeit WWE product:**





## DEPARTMENT OF HOMELAND SECURITY

### CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

No. 6035804

Handbook 5200-00

1. FPF No.
2. Incident No.
3. Port/Location Code No.  `2015 2B34 0000 21 01`
4. Seizure No.  `SN08NH1456N0003`
5. Seized From:
   Name: MILO LEEA
   Address: 2200 EASTRIDGE LOOP #1408
   SAN JOSE CA 95122
   Telephone: 408/532-0706 Ext.
6. Date Seized (mm/dd/yy): 03/25/2015
7. Time Seized (hr. 24 hrs)
8. FPI/Misc.
10. Entry No.
11. Seal or Other ID Nos.
12. Remarks:
13. Send Correspondence to:

**14. PROPERTY (By Line Item) Attach DHS Form 5X if conveyance**

| a. Line Item No. | b. Description | c. Packages Number/Type | d. Measurements Qty/UM | e. Est. Dom Value |
|---|---|---|---|---|
| 1 | Counterfeit WWE T-shirts | | 37 / ea | $ 1110 |
| 2 | Counterfeit WWE Plaques | | 9 | $ 1350 |
| 3 | Counterfeit WWE Standard WWE Belts | | 3 | $ 600 |
| 4 | Counterfeit WWE Numbers | | 11 | $ 55 |
| 5 | Business Cards Bearing Counterfeit WWE Trademark | | 11 | $ 1 |
| 6 | Counterfeit WWE (Mini Plaque) | | 8 | $ 120 |
| | | | | 3,125.16 |

15. Seizing Officer: J. Stebbins  x _____
16. ACCEPTANCE/CHAIN OF CUSTODY
    Print Name: J. Stebbins

DHS Form 6051S (Continuation Sheet Attached)  Yes ☐  No ☐
DHS retains original
Previous editions are obsolete

DHS Form 6051S (03/09)

---

### CUSTODY RECEIPT FOR RETAINED OR SEIZED PROPERTY CONTINUATION SHEET

SN08NH1456N0003   2B34
2015 2B34 0000 21 01
6035804

Custody Control No. 6035804

| Line Item No. | Description | Condition | Contents | UM | QTY | Value Cost/Retained |
|---|---|---|---|---|---|---|
| 7 | Wooden Pegs Bearing Unauthorized WWE Trademark | | | ea | 42 | 1 |
| 8 | Counterfeit NFL Jerseys | | | | 30 | 5,100 |
| 9 | Counterfeit NFL Patches | | | | 8 | 480 |
| 10 | Counterfeit NBA Jerseys | | | | 18 | 1800 |
| 11 | Counterfeit MLB Jerseys | | | | 20 | 3,400 |
| 12 | Counterfeit NHL Jerseys | | | | 6 | 1,200 |
| 13 | Counterfeit NHL Sweatshirts | | | | 3 | 150 |
| 14 | Counterfeit MLB Patches | | | | 33 | 495 |
| 15 | Counterfeit NFL Patches | | | | 55 | 825 |
| 16 | Counterfeit NHL Patches | | | | 2 | 30 |
| 17 | Counterfeit NBA Patches | | | | 1 | 15 |
| 18 | Counterfeit NFL Hats | | | | 12 | 420 |
| 19 | Counterfeit MLB Hat | | | | 1 | 35 |
| 20 | Counterfeit MLB Ring | | | | 1 | 40 |
| 21 | Counterfeit NFL Rings | | | | 7 | 280 |
| 22 | Counterfeit NFL Beanies | | | | 20 | 500 |
| 23 | Counterfeit NBA Beanies | | | | 2 | 70 |
| 24 | Counterfeit MLB Beanies | | | | 4 | 100 |
| 25 | Counterfeit NHL Beanies | | | | 10 | 250 |
| 26 | Wooden Poster Bearing Unauthorized WWE Trademark | | | | 1 | 1 |
| 27 | Counterfeit NFL Jerseys | | | | 22 | 3,740 |
| 28 | Counterfeit WWE T-shirts | | | | 19 | 510 |
| 29 | Counterfeit MLB Jerseys | | | | 9 | 1,530 |

Customs Form 6051A (05/1999)



On Saturday, March, 28th, while fans lined up to enter the WWE Hall of Fame event, DHS discovered three Bootleggers selling counterfeit WWE cardboard signs to fans as they waited on line:

DHS seized this counterfeit product and served the three defendants...





## Page 1

**VENUE ENFORCEMENT REPORT**

Date of Event: 3-28-15

Event Venue: SAP CENTER

Name of Defendant Served: Benjamin Adham Pichotti

Address of Defendant Served: 1284 ODDSTAD DRIVE
Redwood City, CA 94063

Time Defendant Served: 1530 hrs

Type of Merchandise Seized: cardboard photos

Quantity of Merchandise Seized: 19

Approx. Height of Defendant: 6'1

Approx. Weight of Defendant: 180

Ethnicity of Defendant: w/m

Law enforcement involvement: Homeland Security Investigation (HSI)

## Page 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-01263-VC

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for (name of individual and title, if any) Benjamin Adham Pichotti
was received by me on (date) 3-28-15

☒ I personally served the summons on the individual at (place) SAP CENTER on auburn st. on (date) 3-28-15; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ , a person of suitable age and discretion who resides there, on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3-28-15

Todd Schmabaert
Printed name and title

280 S. First St., Ste.1 ??
San Jose, CA 95113
Server's address

Additional information regarding attempted service, etc:

FD-3124650 v1

# Page 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-01263-VC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dominic Angel Rodriguez

was received by me on *(date)* 3/23/15

☑ I personally served the summons on the individual at *(place)* SAP Center on Autumn St.
   on *(date)* 3/23/15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
   designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/23/15                                    _____
                                                  Server's signature

                                                  Todd Schoenberger
                                                  Printed name and title

                                                  240 S. First St., Ste. 140
                                                  San Jose, CA 95113
                                                  Server's address

Additional information regarding attempted service, etc:

# Page 1

## VENUE ENFORCEMENT REPORT

Date of Event: 3-23-15

Event Venue: SAP CENTER

Name of Defendant Served: Dominic Angel Rodriguez

Address of Defendant Served:
3015 E. Bayshore Rd., Ste. 203
Redwood City, CA 94063

Time Defendant Served: 3:30 pm

Type of Merchandise Seized: "Fox Head"

Quantity of Merchandise Seized: 2

Approx. Height of Defendant: 5'7"

Approx. Weight of Defendant: 170 lbs

Ethnicity of Defendant: W

Law enforcement involvement: Hal Science

P42136850 v1

One of the bootleggers we served during the WWE Hall of Fame (selling counterfeit WWE cardboard signs) later thanked us through Instagram for the way in which WWE and DHS conducted the seizure and for the explanations we provided...





notfamous61 NOT FAMOUS ® HUSTLE HEAD···Normal    4d

♥ 66   💬 9

@artwasone @defbound
@wo_kemosabe @acedeuce_bailbonds_sf



**notfamous61** YOUR NOT DOING IT RIGHT UNTIL YOU GET ONE OF THESE... SHOUT OUT TO WWE LEGAL TEAM AND HOMELAND SECURITY FOR BEING HELLA COOL AND SUPPORTING #HUSTLEMANIA !! THANKS FOR THE ADVICE !
4d

1 more comments

**voodoodopeboyfresh61** #truestory 4d

**big_pat_925** Damn already?!?! 4d

**big_pat_925** @notfamous61 4d

**_jay.gun_** Lmao ICE again?!? 4d

**squiebe** Homeland Security has nothing better to do? Really... 4d



**acedeuce_bailbonds_sf** Come back with reinforcements 2morrow! #NinjaStyle 4d

**notfamous61** #HUSTLEHEADs #DOMORE 4d



**fresnoali** @409impala 2d

» LOG IN to write comment.



**notfamous61**

NOT FAMOUS ® HUSTLE HEAD...Normal

4d

❤ 69   💬 5

@takervip @voodoodopeboyfresh61
@j_bert8 @starcitygraphics



**notfamous61 You Just Got Served !**
Everything went great at the WWE Hall of Fame ! We had a
minor issue with Law Enforcement. But thankfully they all
Loved HustleHeads !!! SEE YOU GUYS TOMORROW AT
#WRESTLEMANIA !!! 4d

**big_pat_925** Did u take Macho mans out to the shark tank?
@notfamous61 4d

**notfamous61** Yes @big_pat_925 they made me leave and
confiscated a few 4d

**big_pat_925** Aww damn!! Were u at least able to off some
before Johnny law gave u the boot? @notfamous61 4d

**notfamous61** Kinda @big_pat_925 4d

**big_pat_925** Oh ok. I'll see u tomorrow at mania bro!
@notfamous61 4d

» LOG IN to write comment.

On Sunday, March 29th, while fans were tailgating in the parking lot of Levi Stadium, waiting for WrestleMania 31 to begin, DHS discovered bootleggers selling counterfeit WWE cloth pennants to fans in the parking lots:





DHS seized this counterfeit product and served the defendant....



# Page 1

**VENUE ENFORCEMENT REPORT**

Date of Event: __3/21/2015__

Event Venue: __Levi's Stadium__

Name of Defendant Served: __Ibrahim Nimer Shihebber__

Address at Defendant Served:
__347 Dwellins__
__Daly City, CA 94153__

Time Defendant Served: __18:40__

Type of Merchandise Seized: __Flags/Towels__

Quantity of Merchandise Seized: __62__

Approx. Height of Defendant: __5'7"__

Approx. Weight of Defendant: __160 lbs.__

Ethnicity of Defendant: __W__

Law enforcement involvement: __HSI  Seizure__

# Page 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-01263-VC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ibrahim Nimer Shihebber__

was received by me on *(date)* __3/21/2015__ .

☒ I personally served the summons on the individual at *(place)* __Levi's Stadium__
__Green Lot 1 (4954 Marie De Borbie Ln)__ on *(date)* __3/21/2015__ ; or
__Santa Clara, CA 95054__

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: __3/21/15__

_____
*Server's signature*

__Todd Schoenberger__
*Printed name and title*

__940 S. First St.__
__Ste 110__
__San Jose, CA 95113__
*Server's address*

Additional information regarding attempted service, etc:

P3-3146033 v1

**Police presence was strong throughout the WrestleMania week of events, driving counterfeiters away:**



**Security inside the stadium was abundant:**













# Nevertheless, we know we'll be "hit" throughout the year when the police presence is not so prevalent...

## JANUARY 25, 2015 – PHILADELPHIA, PENNSYLVANIA:
(about twelve different men selling bootleg at this event)



(front)

(back)

\*\*\* *This is the same "Live Raw/SmackDown 2015 Design" that is sold repeatedly in different cities.*

## FEBRUARY 3, 2015 – COLORADO SPRINGS, COLORADO:

Our venue merchandise coordinator reported to WWE Legal: "Bootlegged heavy tonight in Co Springs. I chased them off of the front steps as there were 8 guys lined up right in front of the main entrance. They just went down to the street and parking lot and continued to sell. I didn't confiscate any shirts but it was the same weak tour shirt that we have seen the last couple of weeks. Each guy had a bag full of shirts instead of the normal act of just keeping a couple on them at a time."







MARCH 7, 2015: - NEWARK, NEW JERSEY:





*** This is the same "Live Raw/SmackDown 2015 Design" that is sold repeatedly in different cities.

## MARCH 10, 2015 – DETROIT, MICHIGAN:
(local police sent these photos to WWE)

- *Two different men were selling the identical shirt on this night.*

- *This is the same "Live Raw/SmackDown 2015 Design" that is sold repeatedly in different cities.*



Earnest Riley  bm 41954.2238
crane Detroit mi



**Counterfeit Product Sold at WWE Live Events:**

- Traditionally sized for children to wear

- Inferior shirt quality – could be flammable

- Inferior ink quality – could be flammable, cause allergic reactions

- Counterfeiters keep them "stored" in their pants until sale is made

- Often have strong, adverse odors not noticed until indoors

# POSE A SIGNIFICANT PUBLIC SAFETY RISK!