Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
Attorneys for Plaintiff WORLD WRESTLING ENTERTAINMENT, INC.

Robert F. Kane
rkane1089@aol.com
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
Telephone: (415) 982-1510
Facsimile: (415) 982-5821
Attorney for Defendants DOMINIC ANGEL RODRIGUEZ, VU TRUONG TRAN, and BENJAMIN ADHAM PECHETTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DOMINIC ANGEL RODRIGUEZ, VU TRUONG TRAN, BENJAMIN ADHAM PECHETTI, IBRAHAM NIMER SHIHEIBER, JOHN AND JANE DOES 1-100, and XYZ CORPORATIONS 1-100,<br><br>    Defendants. | Case Number: C 15-01263-VC<br><br>STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND RULE 26(f) DEADLINES; [PROPOSED] ORDER AS MODIFIED |

**1**
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND RULE 26(f) DEADLINES and [PROPOSED] ORDER - Case Number: C 15-01263-VC

1  The parties to the above-entitled action jointly submit this STIPULATION TO
2  CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND RULE 26(f)
3  DEADLINES and [~~PROPOSED~~] ORDER pursuant to Civil Local Rule 16-2.

4  WHEREAS, the Initial Case Management Conference is presently set for June 16, 2015,
5  at 10:00 a.m., in Courtroom 4;

6  WHEREAS, counsel for Defendants filed an appearance in this court on June 1, 2015,
7  and as such, the parties would like sufficient time to determine if they can resolve the matters
8  between them at minimal cost, and minimal consumption of judicial resources;

9  WHEREAS, counsel hereby affirm that they have conferred and agree regarding the
10 following request for relief; counsel have no objection to this continuance; and neither party is
11 prejudiced by such continuance;

12 IT IS HEREBY REQUESTED, that the Initial Case Management Conference be
13 continued by forty-five (45) days, and that all Rule 26(f) deadlines be similarly extended by
14 forty-five (45) days, the date of the Conference to be July 31, 2015, or as hereafter determined by
15 the Court.

Dated:  June 5, 2015        */s/ Matthew G. Ball*
                            Matthew G. Ball
                            Attorney for Plaintiff WORLD WRESTLING
                            ENTERTAINMENT, INC.

Dated:  June 5, 2015        */s/ Robert F. Kane*
                            Robert F. Kane
                            Attorney for Defendants DOMINIC ANGEL
                            RODRIGUEZ, VU TRUONG TRAN, and
                            BENJAMIN ADHAM PECHETTI

### SIGNATURE ATTESTATION

I hereby attest pursuant to Civil Local Rule 5.1 that concurrence in the electronic filing of this document has been obtained from the other signatory.

Dated:  June 5, 2015                                              /s/ *Matthew G. Ball*
                                                                              Matthew G. Ball

### CASE MANAGEMENT ORDER

The above STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND RULE 26(f) DEADLINES and [~~PROPOSED~~] ORDER is approved.  The Initial Case Management Conference is hereby continued to ~~July 31, 2015, at 10:00 a.m.~~, in Courtroom 4, [or as follows:  August 4, 2015, at 10:00 a.m.                    ].  All Rule 26(f) deadlines are hereby extended by forty-five (45) days.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 9, 2015

_____
UNITED S[TATES DISTRICT JUDGE]



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

**3**
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND RULE 26(f) DEADLINES and [PROPOSED] ORDER - Case Number: C 15-01263-VC