Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
Attorneys for Plaintiff WORLD WRESTLING ENTERTAINMENT, INC.

Robert F. Kane
rkane1089@aol.com
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
Telephone: (415) 982-1510
Facsimile: (415) 982-5821
Attorney for Defendants DOMINIC ANGEL RODRIGUEZ, VU TRUONG TRAN, and BENJAMIN ADHAM PECHETTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOMINIC ANGEL RODRIGUEZ, VU TRUONG TRAN, BENJAMIN ADHAM PECHETTI, IBRAHAM NIMER SHIHEIBER, JOHN AND JANE DOES 1-100, and XYZ CORPORATIONS 1-100, <br><br> Defendants. | Case Number: C 15-01263-VC <br><br> STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |

WHEREAS, Plaintiff WORLD WRESTLING ENTERTAINMENT, INC. filed its Amended Verified Complaint for Injunctive Relief and Demand for Jury Trial on April 7, 2015;

WHEREAS, Plaintiff and Defendants DOMINIC ANGEL RODRIGUEZ, VU TRUONG TRAN, and BENJAMIN ADHAM PECHETTI settled this matter on or about September 1, 2015;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants Dominic Angel Rodriguez, Vu Truong Tran, and Benjamin Adham Pechetti through their designated counsel that the above-captioned action should be dismissed without prejudice as to the above-named defendants only pursuant to FRCP 41(a)(1)(A) and that all other claims in this lawsuit that are not between WWE and DOMINIC ANGEL RODRIGUEZ, VU TRUONG TRAN, and BENJAMIN ADHAM PECHETTI shall be unaffected by this stipulation and shall remain in full force. The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

Dated:  September 10, 2015          */s/ Matthew G. Ball*
                                    Matthew G. Ball
                                    Attorney for Plaintiff WORLD WRESTLING
                                    ENTERTAINMENT, INC.

Dated:  September 10, 2015          */s/ Robert F. Kane*
                                    Robert F. Kane
                                    Attorney for Defendants DOMINIC ANGEL
                                    RODRIGUEZ, VU TRUONG TRAN, and
                                    BENJAMIN ADHAM PECHETTI

### SIGNATURE ATTESTATION

I hereby attest pursuant to Civil Local Rule 5.1 that concurrence in the electronic filing of this document has been obtained from the other signatory.

Dated:  September 10, 2015          /s/ *Matthew G. Ball*
                                    Matthew G. Ball

**[PROPOSED] ORDER OF DISMISSAL**

The above STIPULATION OF DISMISSAL is approved. The above-captioned action is dismissed without prejudice as to Defendants Dominic Angel Rodriguez, Vu Truong Tran, and Benjamin Adham Pechetti pursuant to FRCP 41(a)(1)(A).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                 UNITED STATES DISTRICT JUDGE